# Court of Appeals
# of the State of Georgia

ATLANTA,　November 19, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0126. OLYMPUS MEDIA, LLC et al. v. CITY OF DUNWOODY, GEORGIA

Olympus Media, LLC et al. seeks discretionary review of the trial court's order granting summary judgment to the City of Dunwoody. The applicants indicate that they have filed both a notice of direct appeal and, out of an abundance of caution, this application for discretionary review.[1]

The trial court's order is directly appealable pursuant to OCGA § 9-11-56 (h). Although this case concerns zoning matters, it is not an appeal from a zoning decision. Accordingly, the discretionary appeal procedures of OCGA § 5-6-35 (a) (1) do not apply. See *Mid-Georgia Envtl. Mgmt. Group, L.L.L.P. v. Meriwether County*, 277 Ga. 670 (1) (594 SE2d 344) (2004).

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In this case, however, the applicants have already filed a notice of appeal from the trial court's order. Accordingly, this application is superfluous, and it is therefore DISMISSED.

---

[1] The applicants filed both their application and direct appeal in the Supreme Court, which transferred the matter here.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*<u>  11/19/2014  </u>

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

<u>             </u> *, Clerk.*